# IN THE NINTH COURT OF APPEALS

## 09-17-00499-CV

Megan Lamb
v.
Decker Prairie RV Park

On Appeal from the
County Court at Law No 2 of Montgomery County, Texas
Trial Cause No. 17-30250

## JUDGMENT

THE NINTH COURT OF APPEALS, having considered this cause on appeal, concludes that the appeal should be dismissed. IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that the appeal is dismissed. All costs of the appeal are assessed against the appellant.

Opinion of the Court delivered by Justice Charles Kreger

March 29, 2018

## APPEAL DISMISSED

\*\*\*\*\*\*\*\*\*\*

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court